IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| POCATELLO EDUCATION ASSOCIATION; IDAHO EDUCATION ASSOCIATION; INTERNATIONAL ASSOCIATION OF FIREFIGHTERS LOCAL 743; PROFESSIONAL FIREFIGHTERS OF IDAHO, INC.; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 687; and IDAHO STATE AFL-CIO,<br><br>Plaintiffs,<br><br>v.<br><br>MARK L. HEIDEMAN, in his Official Capacity as Bannock County Prosecuting Attorney; BEN YSURSA, in his Official Capacity as Secretary of State for the State of Idaho; LAWRENCE WASDEN, in his Official Capacity as Attorney General of the State of Idaho,<br><br>Defendants. | Case No. CV-03-0256-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the plaintiffs' motion for summary judgment (Docket No. 54) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the

**Judgment - 1**

extent it seeks to declare the Voluntary Contributions Act unconstitutional except for those portions of Idaho Code §§ 44-2004(2) & 67-6605 that apply to employees of the State of Idaho where the State bears any part of the cost of setting up or maintaining the payroll deduction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the defendants' motion for summary judgment (Docket No. 67) is GRANTED IN PART AND DENIED IN PART. The motion is granted to the extent it seeks to declare constitutional those portions of Idaho Code §§ 44-2004(2) & 67-6605 that apply to employees of the State of Idaho where the State bears any part of the cost of setting up or maintaining the payroll deduction. It is denied in all other respects.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the defendants are hereby permanently enjoined from enforcing the Voluntary Contributions Act, Idaho Code §§ 44-2601 to 44-2605.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the defendants are hereby permanently enjoined from enforcing the ban on political payroll deductions contained in Idaho Code §§ 44-2004(2) & 67-6605 for employees of local governments, school districts, and private employers, but not enjoined from enforcing the ban as it applies to State employees where the State is paying any part of the cost of setting up or operating the payroll deduction.

**Judgment - 2**

Case 4:03-cv-00256-BLW   Document 95   Filed 11/23/05   Page 3 of 3



DATED: **November 23, 2005**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Judgment - 3**